Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Sylvia Irvin
Assistant Federal Public Defender
CA Bar No. 230302; FL Bar No. 15379
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Sylvia_Irvin@fd.org

* Attorney for Petitioner Fuentes Trejo Aliber

# United States District Court
# District of Nevada

Fuentes Trejo Aliber,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-01055-MMD-MDC

**Order Granting Unopposed Motion to Extend Time to File Reply in Support of the Motion to Reopen**

Petitioner filed a motion to enforce this Court's order granting in part the petition for writ of habeas corpus. ECF No. 24. This Court then ordered the Respondents to file a response by November 20, 2026, and for Petitioner's counsel to file a Reply by November 25, 2026. ECF No. 26. Respondents filed their Response on November 30, 2026.ECF No. 25.

Counsel for Petitioner respectfully asks this Court to extend time to file the Reply until November 30, 2026. Counsel asks for additional time to conduct additional legal research and to appropriately reply to the Government's Response, specifically to claims Respondents argue should be presented to the BIA rather than to this Court. This motion is not filed for the purpose of delay, is in the best interests of Petitioner, would clarify the relevant record for habeas review, and serves the interest of judicial economy.

Undersigned counsel emailed Counsel for Respondents, AUSA Rusell Webb, for his position on the motion, and he stated he does not oppose the relief sought in this motion.

For these reasons, undersigned counsel respectfully requests an extension of time until November 30, 2026, to file the reply.

Dated November 25, 2026.

Rene L. Valladares
Federal Public Defender

*/s/ Sylvia Irvin*
Sylvia Irvin
Assistant Federal Public Defender

IT IS SO ORDERED

DATED this 25th day of November, 2026.

Miranda M. Du, U.S. District Judge